JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Michael Duncan,

        Plaintiff,

v.

Ardent Companies, Inc. et al.,

        Defendants.

Case No.  CV 14-08801-AB (FFMx)

[PROPOSED] ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __**90**__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  January 29, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE